HARVEY P. SACKETT

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. SWAIN, ) | No.: 4:13-cv-00440 SBA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| CAROLYN W. COLVIN,[1] ) | |
| Acting Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that plaintiff shall have a first extension of time up through and including Monday, July 15, 2013 in which to e-file his Motion for Summary Judgment. All remaining deadlines will be extended accordingly. This extension is necessitated by the number of cases (4) the firm presently has pending before this and other district courts that require briefing.

---

[1]   Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

1
2
3      MELINDA L. HAAG
       United States Attorney
4
5
6
   Dated: June 11, 2013          /s/ *Saundra B. Armstrong*
7                                LYNN M. HARADA
                                 Special Assistant U.S. Attorney
8                                Social Security Administration
                                 Attorney for the Defendant
9
10
11
12 Dated: June 17, 2013          /s/
                                 HARVEY P. SACKETT
13                               Attorney for Plaintiff
                                 JAMES R. SWAIN
14
15
16 IT IS SO ORDERED.
17
18 Dated: _6/12/13
                                 HON. SAUNDRA B. ARMSTRONG
19                               United States Senior Judge
20
21
22
23
24
25
26
27
28

2


1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28