HARVEY P. SACKETT
SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. SWAIN, ) | No.: 4:13-cv-00440 SBA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| CAROLYN W. COLVIN,[1] ) | |
| Acting Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that plaintiff shall have a first extension of time up through and including Monday, July 15, 2013 in which to e-file his Motion for Summary Judgment. All remaining deadlines will be extended accordingly. This extension is necessitated by the number of cases (4) the firm presently has pending before this and other district courts that require briefing.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

MELINDA L. HAAG
United States Attorney


Dated: June 11, 2013          /s/
                              LYNN M. HARADA
                              Special Assistant U.S. Attorney
                              Social Security Administration
                              Attorney for the Defendant


Dated: June 11, 2013          /s/
                              HARVEY P. SACKETT
                              Attorney for Plaintiff
                              JAMES R. SWAIN

IT IS SO ORDERED.


Dated: 6/17/13                _____
                              HON. SAUNDRA B. ARMSTRONG
                              United States Senior Judge

2