UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES SWAIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner, Social Security Administration,<br><br>    Defendant. | Case No: C 13-00440 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Plaintiff's Motion for Summary Judgment and Denying Defendant's Cross-Motion for Summary Judgment,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Plaintiff.

IT IS SO ORDERED.

Dated: 3/31/14

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge